**1632 TOWNSHIP BOARD (Beaver Creek) vs. HASTINGS (Twp. Clerk), 52 M., 528.**

To compel respondent to enter upon the records of the township the proceedings of a meeting of the board.

Denied January 29, 1884, on the ground that the meeting at

which the proceedings were claimed to have been had was not a legal meeting, as all the members of the board were not present and the proper notice of the meeting was not given.